# Court of Appeals
# of the State of Georgia

ATLANTA,  November 22, 2022

*The Court of Appeals hereby passes the following order:*

**A23A0494. VERSACHES EVANS v. THE STATE.**

Following a jury trial, Versaches Evans was convicted of aggravated battery, acquitted of cruelty to children in the first degree and cruelty to children in the second degree, and a mistrial was declared on the remaining five offenses charged. Evans filed a timely motion for new trial, which the trial court denied on March 11, 2022.[1] Evans filed a notice of appeal on June 3, 2022. We, however, lack jurisdiction.

To be timely, a notice of appeal must be filed within 30 days after entry of the appealable order. See OCGA § 5-6-38 (a). "Compliance with this statutory deadline for filing a notice of appeal is an 'absolute requirement' to confer jurisdiction on an appellate court." *Collier v. State*, 307 Ga. 363, 371 (2) (834 SE2d 769) (2019) (citation omitted). Here, however, Evans filed his notice of appeal 84 days after entry of the trial court's order denying his motion. Accordingly, we are without jurisdiction to consider this appeal, and it is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  11/22/2022*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , Clerk.

---

[1] The trial court nolle prossed the remaining counts.